IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

PAMELA B. LEWIS,

    Defendant.

CIVIL ACTION FILE

NO. 1:16-CR-110-MHC

## ORDER

Defendant appeared before this Court for sentencing on August 30, 2016, after her guilty plea to Count 1 of the Information, and was committed to the custody of the United States Bureau of Prisons for thiry-seven (37) months. At sentencing the Defendant requested that the Court recommend she be incarcerated at Marianna, Florida. Defense counsel has contacted the Court and asked that the Court change the recommendation to Coleman, Florida so the Defendant will be closer to family.

It is hereby **ORDERED** that Judgment in a Criminal Case [Doc. 15] is hereby **AMENDED**. The Judgment entered on August 31, 2016, is amended to include the Court's recommendation that Defendant be incarcerated at a facility as close to Coleman, Florida as possible.

The Clerk shall serve a copy of this Order upon Defendant, his counsel, the Probation Office, the United States Attorney, and the United States Marshal.

**IT IS SO ORDERED** this 1st day of September, 2016.

_____
MARK H. COHEN
United States District Judge